**T**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff ) | CR F-05-00494 OWW |
| ) | |
| v. ) | |
| ) | |
| KARLA COPELAND ) | |
| ) | |
| Defendant ) | REQUEST FOR INSTITUTION |

The Court requests a California Institution. Specifically Bakersfield.

Dated: June 2, 2006                     /s/ OLIVER W. WANGER
                                        _____
                                        OLIVER W. WANGER
                                        United States District Judge

1