```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  STANLEY A. BOONE
    ANA MARIA MARTEL
 3  Assistant U.S. Attorneys
    2500 Tulare Street, Suite 4401
 4  Fresno, CA 93721
    Telephone: (559)497-4000
 5  Facsimile: (559)497-4099

 6

 7              IN THE UNITED STATES DISTRICT COURT

 8             FOR THE EASTERN DISTRICT OF CALIFORNIA

 9

10  UNITED STATES OF AMERICA,     )  CASE NO. 1:05CR00494-OWW
                                  )
11            Plaintiff,          )
                                  )
12       v.                       )  ORDER TO QUASH WRIT
                                  )  OF ATTACHMENT/GARNISHMENT
13  KAYLA COPELAND,               )
                                  )
14            Defendant and       )
              Judgment Debtor.    )
15  _____ )
                                  )
16  ACS EDUCATION SERVICES, INC., )
                                  )
17            Garnishee.          )
    _____ )
18

19

20       A Writ of Attachment/Garnishment was served upon ACS Education

21  Services, Inc., Garnishee, on October 8, 2010.  Based upon the Answer

22  of Garnishee, the United States filed with this Court a Request to

23  Quash Writ of Attachment/Garnishment, and having reviewed and

24  considered the same,

25  ///

26  ///

27  ///

28  ///
```

Order to Quash Writ
of Attachment/Garnishment

1

IT IS HEREBY ORDERED that the Writ is quashed and the attachment/garnishment against Garnishee, ACS Education Services, Inc., is terminated.

IT IS SO ORDERED.

Dated:   January 11, 2011               /s/ Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE

Order to Quash Writ
of Attachment/Garnishment